UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO ACEVEDO-RODRIGUEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-1138-DJC-EFB<br><br>ORDER |

Petitioner is a person detained in an immigration detention facility who has brought a petition for writ of habeas corpus under 28 U.S.C. § 2241. This matter was referred to the undersigned pursuant to Local Rule 302(c)(17). ECF No. 3.

The procedural background of this case was set forth in the court's May 11, 2026 Findings and Recommendations. ECF No. 14. The court's recommendation was to stay and hold petitioner's habeas claims in abeyance during the pendency of his appeal of his August 8, 2025 redetermination hearing before the Ninth Circuit Court of Appeals, docketed at Ninth Circuit Case No. 25-5431.

On June 1, 2026, the Ninth Circuit Court of Appeals denied review of the BIA's August 8, 2025 redetermination hearing. ECF No. 18-2 at 6 (Docket Entry No. 35). On July 24, 2026, the Ninth Circuit Court's mandate issued and concurrently dissolved the Ninth Circuit's stay of petitioner's removal. *Id*. (Docket Entry No. 37).

////

Separately, on August 18, 2026, the Board of Immigration Appeals (BIA) issued its decision denying petitioner's motion to reopen his appeal of the September 5, 2023 denial of his application for asylum and withholding of removal under 8 U.S.C. §§ 1158 and 1231(b)(3) of the Immigration and Nationality Act, and his request for protection under the regulations implementing the Convention Against Torture. ECF No. 18-1 at 1; *id*. at 2. The BIA's notification of its decision informed petitioner that the denial had the effect of ordering his removal from the United States, and that any petition for review "must be filed with and received by the appropriate court of appeals within 30 days." *Id*. at 1.

Respondents argue that the July 24, 2026 dissolution of the Ninth Circuit Court's stay, together with the BIA's August 18, 2026 decision, makes petitioner subject to the final order of removal issued September 5, 2023. ECF No. 18 at 1. They further argue that his detention is now governed by 8 U.S.C. § 1231(a)(2). *Id*. They ask the court to dissolve its February 17, 2026 order prohibiting them from transferring petitioner out of the Eastern District of California, so that they may now proceed with his removal. ECF No. 19.

It is unclear whether petitioner may have filed a timely appeal of the BIA's August 18, 2026 denial, which may lead the Ninth Circuit Court to issue another stay of his removal. The court will order the parties to inform the court whether petitioner has filed such an appeal and sought a stay.

**CONCLUSION**

Accordingly, the parties are hereby ORDERED to file a joint status report within 7 days, advising the court whether petitioner has appealed the August 18, 2026 decision of the BIA denying his motion to reopen his application for asylum, for withholding of removal, and for protection under the regulations implementing the Convention Against Torture.

Dated: September 24, 2026

Edmund F. Brennan

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE